AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joseph Brody, (DOB: XXXXXXXXX) | ) | Case: 1:22–mj–00203 |
| Paul Ewald Lovley , (DOB: XXXXXXXX) | ) | Assigned To : Judge Harvey, G. Michael |
| Thomas Carey, (DOB: XXXXXXXX), | ) | Assign. Date : 9/12/2022 |
| Gabriel Chase, (DOB: XXXXXXXX), | ) | Description: Complaint w/ Arrest Warrant |
| Jon Lizak, (DOB: XXXXXXXX) | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                   *Offense Description*
18 U.S.C. § 231(a)(3)- Civil Disorder (Brody);
18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers (Brody);
18 U.S.C. § 1512(c)(2)- Obstruct, influence, or impede any official proceeding (Brody);
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds (Brody, Lovley, Carey, Chase, Lizak);
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building (Brody, Lovley, Carey, Chase, Lizak) ;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building (Brody, Lovley, Carey, Chase, Lizak).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

_____, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/12/2022

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*