AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22–mj–00203 |
| Joseph Brody | ) Assigned To : Judge Harvey, G. Michael |
| | ) Assign. Date : 9/12/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Joseph Brody_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1512(c)(2)- Obstruct, influence, or impede any official proceeding;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  09/12/2022                                             G. Michael Harvey
                                                              *Digitally signed by G. Michael Harvey*
                                                              *Date: 2022.09.12 16:40:09 -04'00'*
                                                              *Issuing officer's signature*

City and state:   Washington, D.C.                           G. Michael Harvey, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/12/22, and the person was arrested on *(date)* 09/14/22
at *(city and state)* SPRINGFIELD, VA.

Date: 09/14/22
                                                              *Arresting officer's signature*

                                                              BRIAN HOCK, SPECIAL AGENT
                                                              *Printed name and title*