UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) Case: 22-mj-203-GMH ) ) |
| JOSEPH BRODY | ) ) ) |

### Unopposed Motion to Permit Travel to District of Columbia for Employment

Joseph Brody, by and through counsel, respectfully requests that this Court permit him to come to the District of Columbia for employment purposes only when approved in advance by his Pretrial Services Officer. In support of this Motion, Mr. Brody states the following facts.

1. Mr. Brody was arrested on a complaint on September 15, 2022. He was ordered released on his own personal recognizance. He has been supervised by United States Pretrial Services since that time and has had no violations of his conditions of release. He has no criminal record.

2. Among Mr. Brody's release conditions is a requirement that he stay away from the District of Columbia with the exception of attending Court proceedings, meeting with counsel, and required PSA business. (ECF No. 14).

3. Mr. Brody lives in Virginia and is employed by a company that performs restoration work on fire-damaged buildings. His work typically is performed on sites in Virginia, but he has been asked by his employer to perform work on a site in the District of Columbia and may need to perform additional work in the future here.

4. Mr. Brody therefore requests that the Court amend his conditions of release to permit him to come to the District of Columbia for employment purposes so long as he receives pre-approval from his Pretrial Services Officer.

5. Counsel for Mr. Brody has discussed this request with Mr. Brody's Pretrial Services officer and the assigned Assistant United States Attorney. Neither objects to this request.

    Respectfully submitted,

    A. J. KRAMER
    FEDERAL PUBLIC DEFENDER

    /s/
    _____
    NED SMOCK
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case: 22-mj-203-GMH |
| v. ) | |
| JOSEPH BRODY ) | |

## ORDER

Upon consideration of the Defendant's Motion to Permit Travel for Employment, it is hereby ORDERED that the Motion is GRANTED and that Mr. Brody shall be permitted to travel to the District of Columbia for employment purposes so long as he receives pre-approval from his Pretrial Services Officer.

All other requirements of the September 15, 2022 Order Setting Conditions in Release remain in place.

So ordered.

Date: _____

_____
United States Magistrate Judge