UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSEPH BRODY )<br>) | Case: 22-mj-203-GMH |

ORDER

Upon consideration of the Defendant's Motion to Permit Travel for Employment, it is hereby ORDERED that the Motion is GRANTED and that Mr. Brody shall be permitted to travel to the District of Columbia for employment purposes so long as he receives pre-approval from his Pretrial Services Officer.

All other requirements of the September 15, 2022 Order Setting Conditions in Release remain in place.

So ordered.

Date: May 22, 2023

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge