**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-MJ-00203-GMH** |
| | **:** | |
| **JOSEPH BRODY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Eric W. Boylan is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:      */s/Eric Boylan*
          ERIC W. BOYLAN
          Assistant United States Attorney
          Texas Bar No. 24105519
          601 D Street N.W.
          Washington, DC  20002
          (202) 815-8608
          eric.boylan@usdoj.gov