UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:22-mj-00203-GMH |
| | : | |
| v. | : | |
| | : | |
| JOSEPH BRODY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The parties are currently scheduled for a status hearing on November 16, 2023. The United States of America and counsel for the above-captioned defendant hereby move this Court for an approximately 90-day continuance of that hearing and to exclude the time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*. In support of this joint motion, the undersigned states as follows:

1. Defendant was charged by complaint for violations related to his actions on January 6, 2021. He was arrested on September 14, 2022, for misdemeanor and felony charges related to entering and remaining in a restricted building or grounds and conduct therein, assault of a federal officer, and civil disorder. Defendant is not in custody.

2. Both case specific and global discovery has been provided to Defendant, which has included filesharing of documents produced to Relativity. The Government expects more discovery to be produced in the future. The production to Relativity included numerous audio files and other records of the U.S. Capitol Police, tens of thousands of tips and related documentation made to the Metropolitan Police Department tipline, and FBI reports of interviews, among other materials. Defense continues to review discovery and further investigate this matter.

1

3.      The parties continue to engage in discussions for pre-trial resolution of this matter and will continue to do so during this continuation.

4.      Given defense's interest in reviewing the voluminous discovery materials, the parties seek an additional continuance of approximately 90 days or another date thereafter at the Court's convenience.   The additional time will afford the United States time to continue to produce discovery, defense counsel time to review and investigate any matters as needed, and the parties time to discuss any possible pre-trial resolution of this matter.

WHEREFORE, the parties respectfully request that this Court grant the motion for an approximately 90-day continuance of the above-captioned proceeding, and that the Court exclude the time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, including holding of any preliminary hearing or deadline for indictment, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy indictment or trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.


Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052


By:     */s/ Eric Boylan*
Eric Boylan
Texas Bar No. 24105519
Assistant United States Attorney
601 D Street N.W.
Washington D.C.
Telephone: (202) 815-8608
eric.boylan@usdoj.gov

*/s/ Alexis Morgan Gardner*
Alexis Morgan Gardner
Assistant Federal Public Defender
Federal Public Defender for the District of
Columbia
625 Indiana Ave., Suite 550
Washington, DC 20004
alexis_gardner@fd.org